THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MATTHEW NAVARRO, Appellant.

*Crimes — rape in first degree — judgment of conviction affirmed.*

People v. *Navarro*, 206 App. Div. 751, affirmed.

(Argued December 15, 1924; decided January 21, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1923, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of rape in the first degree.

*Clark L. Jordan* for appellant.

*Joab H. Banton, District Attorney (Michael J. Driscoll* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.